No. 16,820.

BRIGHT *v.* BRIGHT.
(252 P. [2d] 103)

Decided December 26, 1952.

PER CURIAM.

Judgment affirmed en banc without written opinion.

Mr. L. E. F. TALKINGTON, for plaintiff in error.

Mr. GILBERT L. MCDONOUGH, for defendant in error.